UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| Blake Robinson | ) |
| | ) |
| Plaintiff(s) | ) |
| | ) Case No. 4:08cv00628ERW |
| vs. | ) |
| | ) |
| General Motors Corporation, et al. | ) |
| | ) |
| Defendant(s) | ) |

**ORDER**

The above styled and numbered case was filed on May 2, 2008 and randomly assigned to the Honorable E. Richard Webber, United States District Judge.

After a review of the case, the Clerk's Office found that the case was opened incorrectly. The case should have been assigned to our Southeastern Division. Accordingly, the case has been transferred to our Southeastern Division and given Case No. 1:08cv00064 and randomly assigned to Honorable Lewis M. Blanton, United States Magistrate Judge.

Dated this 2nd day of May, 2008.

JAMES G. WOODWARD, CLERK

By: /s/ Karen Moore, Deputy Clerk

**Please note the new case number: 1:08cv00064LMB.**